# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0430. JAMES WILLIAMS PATRICK v. KATHY ANNE MESSER.**

The magistrate court granted a writ of possession to Kathy Messer against James Williams Patrick, and Patrick filed a petition for review in the superior court.[1] The superior court also granted a writ of possession to Messer and against Patrick. Patrick then filed a notice of appeal from the superior court's order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by petition for review" must be made by filing an application for discretionary appeal in this Court. See also *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001) (construing former OCGA § 5-6-35 (a) (1)). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Patrick did not follow the discretionary

---

[1] Effective July 1, 2023, the process of appealing from lower court adjudications to superior courts was overhauled and simplified. See OCGA § 5-3-1 et seq.

appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/13/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*